■ In the Matter of ELLA QUINN et al., Appellants, v JOHN A. JOHNSON, as Commissioner of New York State Office of Children and Family Services, et al., Respondents. [844 NYS2d 751]— Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 6, 2006. The order granted respondents' motion and dismissed petitioners' order to show cause for an extension of time to commence a CPLR article 78 proceeding together with any petition served upon respondents and/or filed with the order to show cause.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present— Scudder, P.J., Martoche, Smith, Lunn and Pine, JJ.

■ THO NGHIEM, as Administrator of the Estate of SUU V. NGHIEM, Deceased, Appellant, v GATTI PLUMBING, INC., et al., Respondents. [844 NYS2d 750]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered August 31, 2006 in a personal injury and wrongful death action. The order denied plaintiff's motion for partial summary judgment on the issue of liability.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 1, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Smith, Lunn and Pine, JJ.